UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PETERS, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>     Defendants. | **CIVIL ACTION NO.**<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**L.R. 7.1 DISCLOSURE STATEMENT**

Pursuant to L.R. 7.1, Plaintiff, Edward Peters, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: May 17, 2007

             **BRODSKY & SMITH, LLC**
             By:*Evan J. Smith, Esquire (ES3254)*
             Evan J. Smith, Esquire (ES 3254)
             240 Mineola Boulevard
             Mineola, NY 11501
             (516) 741-4977
             (516) 741-0626 (facsimile)

             **SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
             Richard A. Maniskas, Esquire
             280 King of Prussia Road
             Radnor, PA 19087
             (610) 667-7706
             (610) 667-7056

             *Attorneys for Plaintiffs*