UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PETERS, Individually and on behalf of others similarly situated,<br><br>                   *Plaintiff,*<br><br>vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br>                   *Defendants.* | Case No. 07-CV-3877 (unassigned)<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for

**Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon

such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 18, 2007

                               LOWEY DANNENBERG BEMPORAD
                                 SELINGER & COHEN, P.C.

                             By: /S/_____
                                 Richard W. Cohen (RC-5220)
                                 Geoffrey M. Horn (GH-4179)
                                 Scott V. Papp (SP-6005)
                            White Plains Plaza
                            One North Broadway, 5th Floor
                            White Plains, New York 10601
                            Telephone:   914-997-0500
                            Facsimile:    914-997-0035
                            rcohen@lowey.com
                            ghorn@lowey.com
                            spapp@lowey.com

                            *Attorneys for Defendant Optionable, Inc.*

2013 / NOT / 00082744.WPD v1