UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD PETERS, Individually and on behalf of others similarly situated,

              *Plaintiff,*

vs.

OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,

              *Defendants.*

Case No. 07-CV-3877 (unassigned)

**ECF Case**

---

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 21, 2007

                         LOWEY DANNENBERG BEMPORAD
                         SELINGER & COHEN, P.C.

                         By: _/s/ Scott V. Papp_
                              Scott Vincent Papp (SP-6005)
                         White Plains Plaza
                         One North Broadway, 5th Floor
                         White Plains, New York 10601
                         Telephone:    914-997-0500
                         Facsimile:    914-997-0035
                         spapp@lowey.com

                         *Attorneys for Defendant Optionable, Inc.*