UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PETERS, Individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>        Defendants. | Case No. 07-CV-3877 (LAK)<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

Connell Foley LLP hereby appears as counsel for **Defendant Albert Helmig**, and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: New York, New York
      May 25, 2007

                                        CONNELL FOLEY LLP

                                        By:   */s/ Peter J. Pizzi*
                                                Peter J. Pizzi (PP6500)
                                        888 Seventh Avenue
                                        New York, NY  10106
                                        Telephone: (212) 262-2390
                                        Facsimile:   (212) 262-3118
                                        ppizzi@connellfoley.com

                                        Attorneys for Defendant
                                        Albert Helmig