Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile: (203) 327-2669
E-mail:      mgregory@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PETERS, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>       Defendants. | No. 07 Civ. 3877 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Mark S. Gregory, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc. Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile:  (203) 327-2669
E-mail:        mgregory@kelleydrye.com


Dated: June 15, 2007                          Respectfully submitted,

                                              KELLEY DRYE & WARREN LLP


                                              By:_____/s/ Mark S. Gregory_____
                                                    Mark S. Gregory
                                                    400 Atlantic Street
                                                    Stamford, CT 06901
                                                    Telephone: (203) 324-1400
                                                    Facsimile:  (203) 327-2669
                                                    E-mail:        mgregory@kelleydrye.com

                                              *Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PETERS, Individually and On Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>    vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>                         Defendants. | No. 07 Civ. 3877 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP

By:＿＿＿＿＿＿＿＿ /s/ Mark S. Gregory ＿＿＿＿＿＿＿＿＿＿
    Mark S. Gregory
    400 Atlantic Street
    Stamford, CT 06901
    Telephone: (203) 324-1400
    Facsimile:  (203) 327-2669
    E-mail:    mgregory@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*