Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     tkinzler@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PETERS, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>       Defendants. | No. 07 Civ. 3877 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

   PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Thomas B. Kinzler, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:    tkinzler@kelleydrye.com

Dated: June 15, 2007                    Respectfully submitted,

KELLEY DRYE & WARREN LLP

By:_____/s/ Thomas B. Kinzler_____
    Thomas B. Kinzler
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 808-7800
    Facsimile:  (212) 808-7897
    E-mail:    tkinzler@kelleydrye.com

    *Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD PETERS, Individually and On
Behalf of All Others Similarly Situated,

                              Plaintiff,

       vs.

OPTIONABLE, INC., MARK NORDLICHT,
KEVIN P. CASSIDY, EDWARD J.
O'CONNOR, ALBERT HELMIG, and
MARC-ANDRE BOISSEAU,

                        Defendants.

No. 07 Civ. 3877 (LAK)

**CERTIFICATE OF SERVICE**

        I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP


By:_____/s/ Thomas B. Kinzler_____
        Thomas B. Kinzler
        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 808-7800
        Facsimile:  (212) 808-7897
        E-mail:     tkinzler@kelleydrye.com

        *Counsel for Defendant Optionable, Inc.*