UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | **FILED ELECTRONICALLY**<br><br>07 Civ. 3753 (LAK) |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF THE VLK GROUP FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1. I am an associate at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of the Motion of the VLK Group for: (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Plaintiff's choice of Lead Counsel.

2. Attached hereto are true copies of the following documents:

   A. Exhibit A, Declarations of Robert Viccione ("Viccione"), James Lemsky ("Lemsky") and Neal H. Klein ("Klein");

   B. Exhibit B, Charts of losses in Optionable Common stock for Viccione, Lemsky and Klein;

   C. Exhibit C, plaintiff's complaint in *Fleiss v. Optionable, et al.* (07cv3753)(S.D.N.Y.).

   D. Exhibit D, plaintiff's complaint in *Manowitz v. Optionable, et al.* (07cv3884)(S.D.N.Y.).

   E. Exhibit E, May 11, 2007, Notice of Pendency of Class Action Lawsuit against Optionable, *et al.* for violation of certain provisions of the federal securities laws; and

   F. Exhibit F, Firm resume of Kaplan Fox & Kilsheimer LLP.

Dated: July 10, 2007

s/Jeffrey P. Campisi  
Jeffrey P. Campisi