UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re OPTIONABLE SECURITIES LITIGATION            07 Civ. 3753 (LAK)

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, a copy of the following documents were filed via the ECF system and served via U.S. Mail, postage pre-paid upon all counsel of record on the attached service list.

1) Motion Of The Desai Group To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

2) Memorandum of Law In Support Of the Motion Of The Desai Group To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

3) Declaration of Evan J. Smith In Support Of The Motion Of The Desai Group To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

4) [Proposed Order] Appointing Lead Plaintiff, And Approving Lead Plaintiff's Selection of Lead Counsel

s/ *Evan J. Smith (SBN 242352)*
Evan J. Smith (SBN 242352)

Counsel for Plaintiffs:

| Catherine A. Torell<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd St.<br>New York, NY 10022 | S. Douglas Bunch<br>COHEN, MILSTEIN, HAUSFELD & TOLL<br>1100 New York Avenue, N.W. Ste. 500 West Tower<br>Washington, DC 20005 |
|---|---|
| Kim Elaine Miller<br>KAHN GAUTHIER SWICK, L.L.C.<br>12 East 41st St. 12th Floor<br>New York, NY 10017 | Lewis Stephen Kahn<br>KAHN, GAUTHIER, SWICK L.L.C.<br>650 Poydras St. Ste. 2150<br>New Orleans, LA 70130 |

1

| | |
|---|---|
| Donald R. Hall<br>Jeffrey Philip Campisi<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022 | Marc A. Wites<br>WITES & KAPETAN, P.A.<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064 |
| David Avi Rosenfeld<br>Mario Alba, Jr.<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>58 South Service Road Ste. 200<br>Melville, NY 11747 | Jack Gerald Fruchter<br>ABRAHAM FRUCHTER & TWERSKY LLP.<br>One Penn Plaza Ste. 1910<br>New York, NY 10119 |
| Ronen Sarraf<br>SARRAF GENTILE, LLP.<br>485 Seventh Avenue<br>New York, NY 10018 | Andrew Schatz<br>Jeffrey S. Nobel<br>SCHATZ NOBEL IZARD P.C.<br>20 Church Street Ste. 1700<br>Hartford, CT 06103 |

Counsel for Defendants:

| | |
|---|---|
| Christine S. Poscablo<br>KELLEY DRYE & WARREN LLP.<br>101 Park Avenue<br>New York, NY 10178 | Lawrence R. Gebler<br>34 Plaza Street East, Ste. 1107<br>Brooklyn, NY 11238 |
| Peter Joseph Pizzi<br>CONNELL FOLEY LLP<br>888 7th Ave.<br>New York, NY 10106 | Eliot Lauer<br>Daniel R. Marcus<br>CURTIS, MALLET-PREVOST, COLT<br>& MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>T. (212) 696-6000<br>F. (212) 697-1559 |

Liam O'Brien
McCormick & O'Brien LLP
42 West 38th Street, 7th Floor
New York, NY 10018
T. (866) 853-0931
F. (212) 504-9574
lobrien@mcoblaw.com

| | |
|---|---|
| Peter J. Pizzi | John L. Reed |
| CONNELL FOLEY LLP | EDWARDS ANGELL PALMER |
| 888 7th Avenue, Suite 3401 | & DODGE LLP |
| New York, NY 10106 | 919 North Market Street, 15th Floor |
| T. (212) 262-2390 | Wilmington, DE 19801 |
| F. 212-262-0500 | T. (302) 425-7114 |
| E. ppizzi@connellfoley.com | F. (302) 777-7263 |
| | E. jreed@eapdlaw.com |