UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, effective immediately, Coale P. Anderson, an associate at the law firm of WilmerHale LLP, admitted to practice in this District and a member in good standing of this Court, will be appearing on behalf of Optionable, Inc. Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

> Coale P. Anderson
> WilmerHale LLP
> 60 State Street
> Boston, MA 02109
> Tel.: (617) 526-6000
> Fax. (617) 526-5000
> coale.anderson@wilmerhale.com

Dated: September 13, 2007                Respectfully submitted,

                        WILMERHALE LLP


                        By:_____/s/ Coale P. Anderson_____
                            Coale P. Anderson
                            WilmerHale LLP
                            60 State Street
                            Boston, MA 02109
                            Tel.: (617) 526-6000
                            Fax. (617) 526-5000
                            coale.anderson@wilmerhale.com

                            *Counsel for Optionable, Inc.*

US1DOCS 6359957v1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK) <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on September 13, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

WILMERHALE LLP

By:____/s/ Coale P. Anderson_____
　　Coale P. Anderson
　　60 State Street
　　Boston, MA  02109
　　Tel.:  (617) 526-6000
　　Fax.  (617) 526-5000
　　coale.anderson@wilmerhale.com

*Counsel for Optionable, Inc.*