UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re Optionable, Inc. Securities Litigation

This Paper Applies to:         All Cases

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08
```

07 Civ. 3753 (LAK)

## ORDER

The opinion dated September 15, 2008 is hereby amended by substituting the attached page for the cover page of the original.

SO ORDERED.

Dated:      September 16, 2008

_____
Lewis A. Kaplan
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re OPTIONABLE SECURITIES LITIGATION

This Paper Applies to:    All Cases    07 Civ. 3753 (LAK)

------------------------------------x

## MEMORANDUM OPINION

Appearances:

>Kim E. Miller
>Lewis S. Kahn
>KAHN GAUTHIER SWICK, LLC
>*Attorneys for Plaintiffs*

>Michael G. Bongiorno
>WILMER CUTLER PICKERING HALE AND DORR LLP
>*Attorneys for Defendant Optionable, Inc.*

>Paul E. Dans
>EDWARDS ANGELL PALMER & DODGE LLP
>*Attorneys for Defendant Marc-Andre Boisseau*

>Lawrence R. Gelber
>*Attorney for Defendant Kevin Cassidy*

>Peter J. Pizzi
>Christine I. Gannon
>Susan Kwiatkowski
>CONNELL FOLEY LLP
>*Attorneys for Defendant Albert Helmig*

>Eliott Lauer
>Daniel R. Marcus
>Rachel Yocum
>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
>*Attorneys for Defendant Mark Nordlicht*